# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2251

_____

United States of America,    *
             *
     Appellee,    *
             *  Appeal from the United States
   v.         *  District Court for the
             *  District of Nebraska.
Elias Zamarripa,     *
also known as Homeboy,  *   [UNPUBLISHED]
             *
     Appellant.   *

_____

Submitted: February 7, 2006
Filed: February 16, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

  Elias Zamarripa pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine mixture, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 188 months in prison and 5 years of supervised release. On appeal, Zamarripa's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Richard G. Kopf, United States District Judge for the District of Nebraska.

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____